Argued and submitted December 20, 1983, reversed and remanded May 9, 1984

In the Matter of the Compensation of
Jonathan Wallace, Claimant.

WALLACE,
*Petitioner,*

*v.*

INDUSTRIAL INDEMNITY COMPANY et al,
*Respondents.*

(81-11546; CA A28285)

680 P2d 726

Ronald L. Bohy, Salem, argued the cause for petitioner. On the brief was Linda C. Love, Salem.

Marshall C. Cheney, Jr., Portland, argued the cause for respondents. With him on the brief was Ridgway K. Foley, Jr., Portland, P.C.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM